UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 18-0051 |
| GERARD HARRISON | SECTION M (1) |

**O R D E R**

The Court, having considered the motion to determine mental competency (R. Doc. 11), the record, the applicable law, the Report and Recommendation of the Chief United States Magistrate Judge (R. Doc. 248), and the failure of any party to file an objection to the Chief Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the Chief United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Gerard Harrison is deemed competent to proceed in this matter.

New Orleans, Louisiana, this 20th day of December, 2018.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE